ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

**John T. TWIFORD, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7120.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2011.

**Jacqueline H. McNAIR, Petitioner,**

v.

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Respondent.**

No. 2011–3197.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2011.

Armando A. Rodriguez–Feo, Melissa Devine, Department of Justice, David J. Barrans, Martin J. Sendek, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

John T. Twiford, Titusville, FL, pro se.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

failure to prosecute in accordance with the rules.

Edward J.COHEN, Claimant–Appellee,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellant.

No. 2011–7208.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

John W. POPE, Jr., Claimant– Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2011–7179.

United States Court of Appeals, Federal Circuit.

Oct. 28, 2011.

John W. Pope Jr., St. George, UT, for Claimant–Appellant.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for